IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIGER ASPECT KIDS & FAMILY LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | Case No. 25-cv-774<br><br>Judge Matthew F. Kennelly<br><br>Magistrate Judge Gabriel A. Fuentes |

**PLAINTIFF'S AMENDED NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT NO. 19 "RATURGEMA0"**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff TIGER ASPECT KIDS & FAMILY LIMITED hereby dismisses without prejudice all causes of action in the complaint as to Defendant No. 19 "raturgema0". Each party shall bear its own attorney's fees and costs. As a result, the Motion to Dismiss filed by Defendant No. 19 "raturgema0" [Dkt. No. 90] is moot.

The respective Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: April 17, 2025      By:      s/Michael A. Hierl\_
    Michael A. Hierl
    William B. Kalbac
    Robert P. McMurray
    John Wilson
    Hughes Socol Piers Resnick & Dym, Ltd.
    Three First National Plaza
    70 W. Madison Street, Suite 4000
    Chicago, Illinois 60602
    (312) 580-0100 Telephone
    mhierl@hsplegal.com

    Attorneys for Plaintiff
    TIGER ASPECT KIDS & FAMILY LIMITED

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on April 17, 2025.

                                                    s/Michael A. Hierl