**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TIGER ASPECT KIDS & FAMILY LIMITED, | ) |
| | ) Case No. 25-cv-774 |
| Plaintiff, | ) |
| | ) |
| | ) Judge Matthew F. Kennelly |
| v. | ) |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, | ) |
| LIMITED LIABILITY COMPANIES, | ) |
| PARTNERSHIPS AND UNINCORPORATED | ) |
| ASSOCIATIONS IDENTIFIED | ) |
| ON SCHEDULE A HERETO, | ) |
| | ) |
| Defendants. | ) |

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on June 14, 2025 [Dkt. No. 125] in favor of Plaintiff TIGER ASPECT KIDS & FAMILY LIMITED ("Plaintiff") and against the Defendants identified in Amended Schedule A. Plaintiff acknowledges payment of an agreed upon damages amount, costs and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| **Doe** | **Seller** |
|---|---|
| 205 | Supper Supply Toys Model Store |

Therefore, full and complete satisfaction of said judgment as to above-identified Defendant is hereby acknowledged and the Clerk of the Court is hereby authorized and requested to make an entry of the full and complete satisfaction on the docket accordingly.

Dated: December 1, 2025                Respectfully submitted,

                                  By:    /s/ *Michael A. Hierl*
                                           Michael A. Hierl
                                           William B. Kalbac
                                           Robert P. McMurray
                                           John Wilson
                                           Elizabeth A. Miller
                                           70 W. Madison Street, Suite#4000
                                           Chicago, Illinois 60602
                                           Telephone: (312) 580-0100
                                           Facsimile:  (312) 580-1994
                                           Email: mhierl@hsplegal.com
                                           Email: wkalbac@hsplegal.com
                                           Email: rpm@hsplegal.com

                                           Attorneys for Plaintiff
                                           TIGER ASPECT KIDS & FAMILY
                                           LIMITED

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Satisfaction of Judgment was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on December 1, 2025.

                                                                               s/Michael A. Hierl